1  DONALD MASUDA, State Bar No. 096560
   Law Office of Donald Masuda
2  2214 21st Street
   Sacramento, California 95818
3  Telephone: (916) 456-3030

4  Attorney for Defendant
   MITCHELL CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00544-GEB-1 |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER (PROPOSED)** |
| MITCHELL CHANG, | |
| Defendant. | |

It is hereby stipulated and agreed to by the United States of America through MICHAEL M. BECKWITH and OLUSERE OLOWOYEYE, Assistant United States Attorneys, defendant KELLY LIANG, by and through her attorney, KRESTA NORA DALY, and defendant MITCHELL CHANG, by and through his attorney, DONALD MASUDA, that the status conference set for Friday, June 7, 2013, be continued to a status conference on Friday, August 9, 2013, at 9:00 a.m.

This continuance is being requested because defense counsel need time to prepare for trial, to review discovery, and to interview witnesses. The discovery already presented to the defendants in this case is voluminous and comprises numerous cd's and hundreds of pages of investigative reports.

Furthermore, the parties stipulate and agree that the interests of justice

1
_____
STIPULATION AND ORDER

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

Dated: May 31, 2013

Respectfully submitted,

/s/ Donald Masuda
_____
DONALD MASUDA
Attorney for Defendant
MITCHELL CHANG

/s/ Donald Masuda for
_____
KRESTA NORA DALY
Attorney for Defendant
KELLY LIANG

/s/ Donald Masuda for
_____
MICHAEL M. BECKWITH
Assistant U.S. Attorney

/s/ Donald Masuda for
_____
OLUSERE OLOWOYEYE
Assistant U.S. Attorney

**ORDER**

Based upon the stipulation of the parties and good cause there appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice

2

served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based upon these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 9, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense counsel to prepare and Local Code T4. A new status conference date is hereby set for August 9, 2013, at 9:00 a.m.

Dated: June 3, 2013

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

STIPULATION AND ORDER